IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
    a/k/a "Sincere,"
    a/k/a "Cere,"

    Defendant.

## ORDER

Upon the Motion to Withdraw as Counsel of Record (Doc 20 - filed May 18, 2007) and pursuant to the CJA 20 Appointment of Counsel (Doc 24 - filed May 22, 2007) appointing Neil MacFarlane as counsel for Defendant, it is

ORDERED that the Motion to Withdraw is GRANTED. Lisa Polansky is allowed to withdraw as counsel for Defendant.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK
                              Chief Judge, United States District Court

DATED: May 29, 2007