# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00175- LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDRE STANLEY,
        a/k/a "Sincere"
        a/k/a "Cere"

      Defendant.

_____

## Order
_____

      The Government's Motion for Protective Order for Jencks Act and Rule 16 Material. (Docket #16) is DENIED, without prejudice.

      The Government's Motion to Declare the Case Complex (Docket #19) is GRANTED, for the reasons stated on the record in court today; and this case is declared complex pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B).

      Defense motions on suppression or relating to fingerprint evidence shall be filed no later than Thursday June 21, 2007. The Government's response shall be filed no later than Thursday, June 28, 2007.

      A hearing on further status and scheduling is set for Tuesday, July 3, 2007 at 9:30am.

      **DONE and ORDERED,** this   14th   day of June 2007 at Denver, Colorado.

                                        s/Lewis T. Babcock
                                        United States District Judge