IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:   Gwen Daniel | Date:  July 3, 2007 |

_____

| | |
|---|---|
| Criminal Case No. 07-cr-00175-LTB | Counsel: |
| UNITED STATES OF AMERICA, | Guy Till<br>Susan Knox |
| Plaintiff,<br>v. | |
| 1. ANDRE STANLEY, | Neil MacFarlane |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - Further status/scheduling

09:30 am.    Court in Session

The defendant is present and in custody.

Court's comments - second motion for protective order

The defense agrees to the protective order.

**ORDERED:  The second motion for protective order (Doc No. 37) is GRANTED.**

Mr. MacFarlane tells the Court that he has a motion to withdraw he will be filing today; and he hands the Court a copy of the motion to withdraw.

Court's colloquy with the defendant

**ORDERED:  The motion to withdraw is held in abeyance.**

1

**ORDERED:** **A further status/scheduling hearing is set Monday, July 9, 2007 at 8:30 a.m.**

**ORDERED:** **The Clerk's Office shall appoint new counsel for the defendant from the CJA Panel.**

**The defendant, Mr. MacFarlane and newly-appointed counsel shall be present at the further status/scheduling hearing set Monday, July 9, 2007 at 8:30 a.m..**

| | |
|---|---|
| 09:41 a.m. | Court in Recess<br>Hearing concluded<br>Time: /11 |