## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00175- LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE STANLEY,
    a/k/a "Sincere"
    a/k/a "Cere"

    Defendant.

_____

## ORDER
_____

As further discussed and clarified on the record at the July 9, 2007 hearing, IT IS HEREBY ORDERED as follows:

1. The Motion to Withdraw [**DOC # 49**], filed on July 5, 2007, by Neil MacFarlane, counsel of record for Defendant, Andre Stanley, is DENIED for the reasons stated on the record;

2. In addition, I GRANT Defendant's request to stay, for thirty (30) days, his Motion to Suppress Evidence Seized from Vehicle [**DOC # 38**] and Supplement to Motion to Suppress Evidence Seized from Vehicle [**DOC # 44**]. It is FURTHER ORDERED that Defendant shall file a supplement to these motions on or before **August 9, 2007**, and the Government shall file a response to this supplement on or before **August 23, 2007.** As a result, the Government's Motion for Leave of Court to File an Amended Response to Defendant's Motion to Suppress Evidence and Supplement [**DOC # 45**] is DENIED AS MOOT;

3. A further hearing to review Defendant's Motion for Order to Conduct a Fingerprint Analysis and to set Defendant's Motion to Suppress Evidence, and the related supplements thereto, is set for **Thursday, August 30, 2007**, at 8:30 am.

Dated: July  9th , 2007, in Denver Colorado.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE