IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  August 30, 2007 |

_____

| | |
|---|---|
| Criminal Case No.  07-cr-00175-LTB | Counsel: |
| UNITED STATES OF AMERICA, | Guy Till<br>Susan Knox |
| Plaintiff,<br>v. | |
| 1. ANDRE STANLEY, | Neil MacFarlane |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - STATUS OF MOTION AND FURTHER SCHEDULING

08:34 a.m.    Court in Session

Defendant present and in custody

Court's comments

Mr. MacFarlane's comments

Government's oral motion to dismiss the original Indictment (by Mr. Till).

**ORDERED: The Government's oral motion to dismiss the original Indictment is GRANTED and the original Indictment will be DISMISSED WITHOUT PREJUDICE.**

**ORDERED: The Defendant's motion to dismiss the Indictment (Doc No. 54) is DENIED AS MOOT.**

1

**ORDERED:**   The defendant's motion for order directing Government to conduct fingerprint analysis of drugs allegedly found (Doc No. 39) is DENIED AS MOOT.

Court's further comments

There are three pending motions to suppress (Doc Nos. 38, 44 and 55) and the court invites a response brief from the defense on the standing question.

**ORDERED:**   The defense has up to and including September 13, 2007 to file a response brief on the standing question; the Government has up to and including September 20, 2007 to file its reply.

**ORDERED:**   Oral argument on the threshold question of standing is set Friday, September 28, 2007 at 9:00 a.m.

08:44 a.m.   Court in Recess
Hearing concluded
Time: /10