# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ANDRE STANLEY,

    Defendant.
_____

## ORDER
_____

For the reasons stated on the record during the August 30, 2007, hearing, IT IS HEREBY ORDERED as follows:

    1. The Government's oral motion to dismiss the original April 25, 2007, Indictment without prejudice is GRANTED.

    2. Defendant Stanley's Motion to Dismiss Indictment [**Docket # 54**] is DENIED as moot.

    3. Defendant Stanley's Motion for Order Directing Government to Conduct Fingerprint Analysis of Drugs Allegedly Found [**Docket # 39**] is DENIED as moot.

    4. A hearing on Defendant Stanley's pending Motions to Suppress [**Docket ## 38, 44, 55**] is set **Friday, September 28, 2007 at 9:00 am** in Courtroom 401 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado:

      a. The hearing is limited to oral argument on the threshold issue of Defendant's standing to bring these motions. The parties will stipulate to any and all relevant facts and will file notice of such facts with this Court no later than **Wednesday, September 26, 2007.**

      b. Defendant Stanley has up to and including **Thursday, September 13, 2007**, to file a supporting brief. The Government has up to and including **Thursday, September 20, 2007**, to file a response.

Dated: August   30  , 2007.

                            BY THE COURT:

                              s/Lewis T. Babcock  
                            Lewis T. Babcock, Judge