**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      ANDRE STANLEY, a/k/a "Sincere," a/k/a "Cere,"

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Motion to File Brief Out of Time (Doc 78 - filed September 14, 2007) is **GRANTED**.

Dated:  September 17, 2007