IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 07-cr-00175-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     ANDRE STANLEY, a/k/a "Sincere," a/k/a "Cere,"

       Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant Stanley's Motion for Exhibits to be Attached to Stanley's Reply to the Government's Response (#117) to McClain's Omnibus Motion (#99) Out of Time (Doc 134 - filed December 26, 2007) is **GRANTED**.

Dated: December 27, 2007