IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00175–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANDRE STANLEY,
    a/k/a "Sincere,"
    a/k/a "Cere,"

    Defendant.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

    This matter is set for a five-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **June 23, 2008**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse. It is now

    **ORDERED** as follows:

    1. The court will hold a trial preparation conference commencing at 11:00 o'clock a.m. on June 13, 2008, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

    2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 28th day of April, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge