# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Criminal Action No. 07-cr-00175-EWN-1**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**1. ANDRE STANLEY,**

      **Defendant.**

---

## GOVERNMENT'S MOTION FOR A DETERMINATION OF THE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL

---

The United States, by United States Attorney Troy A. Eid and Assistant United States Attorney Gregory H. Rhodes (Government), hereby respectfully files the Government's Motion for a Determination of the Defendant's Mental Competency to Stand Trial.

1. Title 18 U.S.C. § 4241(a) provides that at any time after the commencement of a prosecution for an offense the attorney for the Government "may file a motion for a hearing to determine the mental competency of the defendant." The statute provides that the Court shall grant the motion for an evaluation if there is "reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering

1

him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense."

2.  In the present case, the Government respectfully asks the Court to take judicial notice of the content of the record made at the motions hearings in this case, of the contents of the Court's own file, and of the defendant's appearance, demeanor and affect while in open Court.

3.  The Government respectfully asserts that the defendant reportedly has cried during and after appearances in Court; the defendant recently advised the Court that the defendant is receiving medication for being bipolar.  Assuming *arguendo* that the defendant has been given a prescription for medication by a health professional, there may be reason to believe the defendant has a mental disease or defect of some type.

4.  Based on the defendant's conduct in Court and the record that has been developed in this case, the Government respectfully asks the Court to enter an order, pursuant to Title 18 U.S.C. § 4241(b),  providing that "a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247 (b) and (c)."  The defendant presently is being detained without bond pending trial.  Upon information and belief, the Federal Detention Center may have arrangements with professional staff capable of performing a psychological evaluation and providing a report to the Court and the parties.

5. After a Court-ordered psychiatric or psychological report has been filed, the Government would respectfully request that the matter of the defendant's competency be set for hearing pursuant to Title U.S.C. §§ 4241(c) and 4247(d).

Respectfully submitted this 29th day of May, 2008.

TROY A. EID
United States Attorney


*s/ Gregory H. Rhodes*
BY: GREGORY H. RHODES
Assistant U.S. Attorney
U.S. Attorney's Office
1225 17th Street, # 700
Denver, CO 80202
Phone: 303-454-0100
Fax: 303-454-0401
Greg.Rhodes@usadoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I certify that on this 29th day of May, 2008, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR A DETERMINATION OF THE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record, and I hereby certify that I have mailed or served the document or paper to the following non- CM/ECF participants in the manner indicated:

Legal Mail
Andre Stanley
USMS#: 34909-013
200 Jefferson County Parkway
Golden, CO 80401

Supervisory Deputy U.S. Marshal Steve Wallisch

United States Probation Department
kurt_thoene@cod.uscourts.gov

*s/Diana Brown*
DIANA BROWN
Legal Assistant
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
303-454-0100
303-454-0409
Diana.Brown@usdoj.gov