IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Valeri P. Barnes, Courtroom Deputy　　　　　　　Date: June 6, 2008
Therese Lindblom, Court Reporter

Criminal Action No. 07–cr–00175–EWN-1

*Parties:*　　　　　　　　　　　　　　　　　　　*Counsel:*

UNITED STATES OF AMERICA,　　　　　　　　Gregory Rhodes
　　　　　　　　　　　　　　　　　　　　　　　　Susan Knox
　　　　Plaintiff,

v.

1. ANDRE STANLEY,　　　　　　　　　　　　　Andre Stanley, *pro se*
　　　a/k/a "Sincere,"
　　　a/k/a "Cere,"

　　　　Defendant.

## COURTROOM MINUTES

**HEARING: Motion**

**3:49 p.m.**　　**Court in session**.

Defendant present in custody.

Also present: Task Force Officer Steve Stanton.

Court's findings.

**ORDERED:**　Government's Motion for a Determination of the Defendant's Mental Competency to Stand Trial **(262)** is **granted**.  Signed Order to follow.

**ORDERED:**　The Trial Preparation Conference set for **June 13, 2008 at 11:00 a.m.** and the trial date set for **June 23, 2008 at 9:00 a.m.** are **vacated**.

Defendant remanded to the custody of the United States Marshal.

**3:59 p.m.     Court in recess/hearing concluded**.

Total in-court time: 00:10