IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00175-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. ANDRE STANLEY,

       Defendant.

## ORDER FOR PRE-TRIAL MENTAL EXAMINATION

THE COURT has considered the Government's Motion for pre-trial psychiatric or psychological examination of the defendant, Andre Stanley, to determine the defendant's mental competency to stand trial pursuant to Title 18, United States Code, Sections 4241(a) and 4247 and Fed. R. Crim. P. 12.2(c)(1)(a). The Court is familiar with this case. The Court has seen the defendant in open court and takes judicial notice of the contents of the record in this case. The Court is sufficiently advised in the premises. The Court finds and concludes that the Motion has merit at this time.

It is hereby **ORDERED** that said Motion is GRANTED:

The defendant is in custody. The United States Marshal's Service shall make necessary and reasonable arrangements to provide a U.S. Bureau of Prisons (BOP) psychologist or psychiatrist access to the defendant in order to conduct examinations and prepare a written report of findings as provided for in Title 18, United States Code,

Section 4247, with respect to the matter of the defendant's mental competence. Upon request, the Government is directed to assist in coordinating access to the defendant. The Government is directed to provide evaluators with copies of the Rule 16 discovery in this case and to provide background information on the history and progress of the case if requested to do so. Defense attorneys of record, upon request by U.S. BOP evaluators, are directed to provide background information on the nature of communications with the defendant.

After the evaluator's written report has been received by the Court and copies of said report have been distributed to the parties or to the attorneys for the parties, a hearing on this matter will be set. The question to be addressed in the evaluator's written report and at such hearing is whether "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." Title 18, United States Code, Section 4241(a).

It is so **ORDERED**, this 6th day of June, 2008.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge