# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.
_____

## ORDER
_____

This matter comes before the Court *sua sponte*. Having fully reviewed the file and the Order For Pre-Trial Mental Examination (271), it is hereby

ORDERED that the evaluator's written report be filed with the Court no later than <u>November 24, 2008</u>. It is

FURTHER ORDERED that a hearing on this matter is set for **December 8, 2008, at 8:30 a.m.** to address whether "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense," and/or to determine whether the Court should appoint counsel for the Defendant as requested in Government's *Indiana v. Edwards* Motion for Appointment of Counsel In

Light of the Defendant's Mental Competency to Represent Himself Effectively at Trial (Doc. # 296).

DATED: November  4th , 2008.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge