## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes          Date: January 7, 2009
Court Reporter: Darlene Martinez

---

Criminal Action No. 07-cr-00175-01

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
|  | Zeke Knox |
| Plaintiff, | |
| v. | |
| ANDRE STANLEY, | Philip Cherner |
| a/k/a Sincere, | |
| a/k/a Cere, | |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING: Competency

**8:33 a.m.     Court in session.**

Defendant present in custody.

Also present: FBI Special Agent Todd Wilcox.

Defendant sworn and questioned by the Court as to defendant's right to waive counsel and proceed *pro se*.

Mr. Cherner requests a recess to discuss with defendant his *pro se* position.

**9:04 a.m.     Court in recess**.

**10:14 a.m.   Court in session**.

Defendant states that he wishes to waive his right to counsel and proceed *pro se*.

The Court's oral findings made of record.

The Court finds defendant is competent to proceed and to proceed *pro se*.

**ORDER:**   Defendant's Motion for Discovery **(275)** is **granted in part**. A CJA investigatory shall be appointed for defendant.

**ORDER:**   Defendant's Motion to Dismiss Government's Motion for Determination of Defendant's Competency to Stand Trial Pursuant to Title 18 U.S.C. § 4241 **(268)** is **denied as moot**.

**ORDER:**   Government's *Indiana v. Edwards* Motion for Appointment of Counsel in Light of the Defendant's Mental Competency to Represent Himself Effectively at Trial **(296)** is **denied**.

**ORDER:**   CJA stand-by counsel shall be appointed for defendant.

The Court recommends that Ms. Martha Eskesen be appointed as stand-by counsel.

**DEADLINES/HEARINGS:**
Government shall respond to all outstanding defendant's motion within **10 days of today's date**.
Motions Hearing set for **February 6, 2009, at 1:30 p.m.**
Final Trial Preparation Conference set for **February 20, 2009, at 3:00 p.m.**
Five-day jury trial set for **March 2, 2009, at 1:30 p.m.**

**ORDER:**   Defendant is remanded to the custody of the United States Marshal.

**10:43 a.m.   Court in recess/hearing concluded**.

Total in-court time: 1:00