**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

    The Court has granted Plaintiff's request for issuance of subpoenas (Doc. # 356). Since Defendant Stanley is proceeding *pro se,* it is hereby

    ORDERED that the United States Marshal shall do service of subpoenas on the following witnesses to appear at the motions hearing in this matter, scheduled for Friday, February 6, 2009, at 1:30 p.m. in Courtroom A-602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado:

    1.    Neil E. MacFarlane, Esq.

    2.    Officer Jim Bath, APD.

    DATED: February __3__, 2009

                                              BY THE COURT:

                                             */s/ Christine M. Arguello*
                                             _____
                                             CHRISTINE M. ARGUELLO
                                             United States District Judge