IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

The Court has granted Plaintiff's request for issuance of subpoenas (Doc. # 266). Since Defendant Stanley is proceeding *pro se,* it is hereby

ORDERED that the United States Marshal shall do service of subpoenas on the following witnesses to appear at the trial in this matter, scheduled to commence Monday, March 2, 2009, at 1:30 p.m. in Courtroom A-602 of the Arraj Courthouse, 901 19th Street, Denver, Colorado:

    1.    Tyrone Streno, Detective

    2.    Jimmy Bath, Investigator

    3.    Special Agent Steve Stanton, FBI

    4.    Special Agent Todd Wilcox, FBI

DATED: February __9__, 2009

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge