# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

## ORDER DIRECTING GOVERNMENT TO FILE AN EXPEDITED RESPONSE AND ORDER RESCHEDULING TRIAL DATE

---

This matter is before the Court on Defendant's *Pro Se* Motion to Dismiss based upon violation of the Speedy Trial Act (Doc. # 399). The Government is hereby ORDERED to file a response to Defendant's motion no later than 5:00 p.m., Friday, February 27, 2009. Such response is to include detailed calculations, similar to those outlined in *United States v. Williams*, 511 F.3d 1044 (10th Cir. 2007), of the 18 U.S.C. § 3161 time limits and exclusions as applied to this case with sufficient detail to enable this Court to determine whether or not the Defendant's right to a speedy trial has been violated. If Defendant objects to the calculation submitted by the Government, Defendant shall file such objection in writing, detailing why each specific period of delay should not be included in computing the time within which the trial in this matter must be

commenced. Such objection shall be filed with the Court no later than 5:00 p.m., Wednesday, March 4, 2009.

Although the Court is reluctant to delay Defendant's trial date, the Motion to Dismiss was filed only three business days prior to trial. The Motion to Dismiss raises issues that are significant to the rights of the Defendant and of import to the public. In order for the Court to have adequate time to consider and rule upon the complex issues raised by the Motion to Dismiss, the trial currently scheduled for March 2, 2009, is hereby RESCHEDULED to commence **Monday, March 16, 2009, at 9:00 a.m.**, a delay of only 14 days. The *James* Hearing, scheduled for February 26, 2009, at 10:30 a.m., remains on this Court's docket.

DATED: February   25  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge