IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

**ORDER VACATING TRIAL DATE AND DIRECTING DEFENSE TO SUBMIT ITS MOTION ON NON-*EX PARTE* BASIS**.

---

This matter is before the Court on Defendant's *Ex Parte* Document (Doc. # 423), filed March 3, 2009. Based on the statements in that filing, as well as the Court's independent concerns, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B), the ends of justice served by vacating the trial date of March 16, 2009 outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that the five-day jury trial set to commence March 16, 2009 is hereby VACATED. It is

FURTHER ORDERED that the Defendant shall refile his request as set forth in his *Ex Parte* Document (Doc. # 423) <u>on or before March 6, 2009</u> and **on a non-*ex parte* basis.** It is

FURTHER ORDERED that a new trial date will be set and Defendant's request will be addressed at the motions hearing set for March 10, 2009 at 2:30 p.m.

DATED: March  4 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge