IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

      Defendant.

## ORDER REGARDING COMPLIANCE WITH PRACTICE STANDARDS

The Court has reviewed the proposed jury instructions submitted by the Government and by Defendant Stanley. The parties do not indicate to the Court whether they have met to discuss a stipulated set of jury instructions, as set forth in this Court's practice standards. This Court's Practice Standards for Criminal Actions require such a meeting, as does the Court's April 6, 2009 Order (Doc. # 490). It is hereby

ORDERED that counsel for the parties meet and discuss proposed jury instructions, and stipulate to as many instructions as possible.

DATED:  April __8__, 2009

                                                  BY THE COURT:

                                                  _____
                                                  CHRISTINE M. ARGUELLO
                                                  United States District Judge