# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE CHRISTINE M. ARGUELLO

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: April 9, 2009

---

Criminal Action No. 07-cr-00175-CMA-01

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| | Zeke Knox |
| Plaintiff, | |
| v. | |
| 1. ANDRE STANLEY, | Martha Eskesen |
|    a/k/a "Sincere," | Philip Cherner |
|    a/k/a "Cere," | Richard Kornfeld |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING: Motion

**1:04 p.m.    Court in session**.

Also present: FBI Special Agent Todd Wilcox.

**Witness sworn and testified on behalf of defendant: KAREN FUKUTAKI:**
**1:08 p.m.**    Direct examination by Ms. Eskesen.
             Witness received as an expert in the field of criminal psychiatry.
             Witness identified the defendant.
1:42 p.m.    Cross-examination by Ms. Knox.
2:14 p.m.    Redirect examination by Ms. Eskesen.
2:18 p.m.    Cross-examination by Mr. Kornfeld.
2:45 p.m.    Redirect examination by Ms. Eskesen.
2:45 p.m.    Questions by the Court.

**Exhibits received:** Defendant's B, and C (received under seal).
**2:49 p.m.     Witness excused**.

**2:51 p.m.     Court in recess**.
**3:02 p.m.     Court in session**.

**Proceedings were held *ex parte*.**

The following proceedings were held in open court:

Argument.

Oral findings made.

**ORDER:**     Defendant's Motion to Determine Competency **(464)** is **granted**.

Counsel shall meet, confer and agree upon a local psychiatrist and submit the name to the Court.

Upon receipt of the name of the psychiatrist, the Court will issue a written Order outlining the parameters of the evaluation.

**ORDER:**     Mr. Kornfeld appointment shall continue through resolution of competency issues.

Ends of Justice Finding made under 18 U.S.C. 3116(h)(1)(A).

**ORDER:**     The trial date of April 13, 2009 is **vacated**.

**3:26 p.m.     Court in recess/hearing concluded**.

Total in-court time: 2:11

Clerk's Note: Original exhibits returned to counsel after hearing.