**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

**ORDER DIRECTING EXAMINATION**

---

This matter comes before the Court on the Motion to Determine Competency (Doc. # 464), filed by defense counsel under protest of the Defendant, and subsequent Counsels' Submission of Local Psychiatrist (Doc. # 512). At a hearing on April 9, 2009, the Court found that there was reasonable cause to believe that Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. *See* 18 U.S.C. § 4241(a). Counsel were instructed to meet, confer, and agree upon a local psychiatrist for purposes of examining Defendant and submit the name to the Court, which they have done. Therefore, it is

ORDERED that, pursuant to 18 U.S.C. §§ 4241 and 4247(b), Defendant shall submit to an examination by Dr. Susan Bograd, 3300 East First Avenue, Suite 590, Denver, Colorado 80206, for the purpose of determining whether Defendant is presently suffering from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Dr. Bograd, at her discretion, may conduct such examination at the Denver County Jail, or at the detention quarters of the United States Marshal, 901 19th Street, Denver, Colorado. Dr. Bograd is authorized to contact the United States Marshal Service at (303) 335-3400 to arrange for the use of these detention facilities. U.S. Marshal Steve Wallisch, available at (303) 335-3378, can serve as a point of contact. The United States Marshal Service is directed to facilitate Defendant's presence for the examination at a date and time arranged by Dr. Bograd.

Dr. Bograd is authorized to contact any of the following counsel to request copies of appropriate documents and the following counsel are directed to provide copies of all appropriate documents and information that the Dr. Bograd may need to conduct her examination and issue a report and opinion regarding the competency of the Defendant:

1. Assistant United States Attorneys Susan Knox and/or Gregory Rhodes (303-454-0100);

2. Defense Attorneys, Martha Eskesen and/or Phil Cherner (303-874-5160); and

3. Richard Kornfeld, who has been appointed to represent Defendant for the limited purpose of this competency examination (303-573-1900).

Following the examination, Dr. Bograd shall prepare a report of her findings pursuant to 18 U.S.C. § 4247(c) and send copies to all counsel and to the Court within 30 days of the date of this order. Counsel shall then jointly contact the Court within 10 days of receipt of the report to request a date for a hearing to determine competency.

The Clerk of Court is directed to fax a copy of this Order to Dr. Bograd at 303-322-2155. The Clerk of Court is also directed to serve a copy of this Order on the United States Marshal.

DATED: April  13 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge