**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

### ORDER DENYING *EX PARTE* MOTION

---

    This matter is before the Court on Defendant's *Ex Parte* Motion to Reassign Judge (Doc. # 518).  It is

    ORDERED that Defendant's *Ex Parte* Motion to Reassign Judge is DENIED without prejudice due to the Defendant being represented by counsel.

    DATED:  April  21 , 2009

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge