## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

### ORDER REGARDING COMPETENCY EVALUATION

---

This matter is before the Court, *sua sponte*, on the Court's receipt of Dr. Susan Bograd's competency evaluation of Defendant (Doc. # 530). The Court has entered an order granting Defendant's Motion to Seal Evaluation (Doc. # 531). However, the Court intends to issue an order directing the Clerk of the Court to allow the Government access to the full report. In order to ensure that the rights of the Defendant and of the Government are both protected in this matter, the Court directs defense counsel to file its request for redaction, if any, of any portion(s) of the competency evaluation that it believes are unduly prejudicial to the Defendant. Such request for redaction, with argument and legal authority in support thereof, is to be filed no later than 5:00 p.m. on Wednesday, May 27, 2009. If such a request is filed, the Government shall have until Wednesday, June 3, 2009, to file a response thereto, after which the Court will set the

matter for hearing.  If no such request is filed by the Defendant, the Court will issue an order directing the Clerk of the Court to allow the Government access to the full report.

DATED:  May   20  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge