IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

---

## ORDER TO SET COMPETENCY HEARING

Pursuant to a telephone conversation between counsel and Chambers staff, and this Court's Order Directing Examination (Doc. # 513), wherein counsel were directed to contact the Court to request a date for a hearing to determine competency, the Court hereby

ORDERS that a hearing to determine the competency of Defendant Andre Stanley is scheduled before the undersigned on **June 11, 2009 at 1:30 p.m.**, in Courtroom A602 of the Arraj Courthouse. The Court has set aside three hours for this hearing, and Defendant Stanley is required to be present.

    DATED:  May   20  , 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge