**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

    Defendant.

## ORDER TO RESET TRIAL DATE

Pursuant to a telephone conference between Government counsel and Chambers staff on June 11, 2009, the four-day jury trial set to commence on July 21, 2009 at 9:00 a.m. is RESET to begin **Monday, July 27, 2009 at 9:00 a.m.** Government counsel indicated to the Court that she had cleared this date with all parties before calling Chambers.

The motions hearing set for July 1, 2009 at 2:30 p.m. and the Final Trial Preparation Conference set for July 7, 2009 at 9:00 a.m. remain on this Court's docket.

    DATED:  June __12__, 2009

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge