**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 07-cr-00175-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ANDRE STANLEY,
a/k/a/ Sincere,
a/k/a Cere,

      Defendant.

## ORDER OF CLARIFICATION

This matter is before the Court, *sua sponte*, to clarify expectations regarding the motions hearing scheduled for July 1, 2009.  As the Court understands it, and as of today's date, there is only one outstanding motion to be resolved at the hearing: whether the statements allegedly made by Defendant to Trinity Willis can be used against Defendant.  The motion was initially raised by oral objection at the hearing on March 16, 2009.  The Court instructed the parties to brief the issue, which both have done.  (Doc. ## 456, 463.)  However, given the potential importance of the issue and what appears to be incomplete briefing, it is hereby:

      ORDERED that the parties either re-brief the issue or otherwise represent to the Court, in writing, that the briefs on file adequately state their respective positions.  It is

      FURTHER ORDERED that the parties notify the Court if they intend to offer evidence, in addition to argument, at the motions hearing, and if so, how much time they

may need.  The hearing is currently set for one hour.  The parties have five (5) days to file their written submissions, which are due on June 24, 2009.

DATED:  June 17, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge