# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Criminal Action No. 07-cr-00175-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE STANLEY,
    a/k/a "Sincere,"
    a/k/a "Cere,"

    Defendant.

_____

## ORDER REGARDING CUSTODY OF EXHIBITS
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits and has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED July 29, 2009.

                                        BY THE COURT:

                                        _____
                                        Christine M. Arguello
                                        United States District Judge